UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA LOUISE ROBERTS,<br><br>               Plaintiff,<br><br>v.<br><br>MATT MILLES; CALI OLSON; and US BANK,<br><br>               Defendants. | Case No.: 22-CV-956 JLS (BLM)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On August 26, 2022, the Court dismissed Plaintiff Tina Louise Roberts's Amended Complaint without prejudice for lack of subject-matter jurisdiction and failure to state a claim. *See* ECF No. 6. The Court granted Plaintiff thirty days to file a new amended complaint and warned Plaintiff that failure to do so would result in the Court entering a final Order dismissing the case for failure to state a claim, lack of subject-matter jurisdiction, and failure to prosecute. *See id.* The thirty-day deadline has passed, but Plaintiff has yet to file an amended complaint or otherwise appear in this action. Instead, Plaintiff appears to have initiated another action based on similar, if not identical, claims.

*See Roberts v. Olson*, No. 3:22-CV-1373 JLS (BLM), ECF No. 1 (S.D. Cal. filed Sept. 12, 2022). Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's action in its entirety. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action."). This Order concludes the litigation in this matter. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge